UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

A.B., by and through his Parents and Next Friends, K.B. and R.B., and K.B. and R.B., Individually,

    Plaintiffs,

v

MICHIGAN DEPARTMENT OF EDUCATION,

    Defendant.

No. 2:19-cv-00258-PLM-MV

HON. PAUL L. MALONEY

MAG. MAARTEN VERMAAT

**STIPULATION AND ORDER FOR WITHDRAWAL OF ATTORNEY**

---

Erin H. Diaz (P80388)
Mitchell D. Sickon (P82407)
Kyle Williams (P77227)
Disability Rights Michigan
Attorney for Plaintiffs
4095 Legacy Parkway
Lansing, MI 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org
kwilliams@drmich.org

Justin S. Gilbert (Admitted March 12, 2020)
Gilbert Law, PLC
Attorney for Plaintiffs
100 W. Martin Luther King Blvd., Ste. 501
Chattanooga, TN 37402
(423) 756-8023
justin@schoolandworklaw.com

---

Neil Giovanatti (P82305)
Charles A. Cavanagh (P79171)
Attorney for Defendant
Michigan Department of Attorney General
Health, Education, & Family Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
giovanattin@michigan.gov
cavanaghc2@michigan.gov

    /

## STIPULATION FOR WITHDRAWAL OF ATTORNEY

The parties hereby stipulate and agree that Nadia Vann withdraws her appearance on behalf of Defendant, Michigan Department of Education.

Stipulated by:

_____            _____
Mitchell D. Sickon (P82407)              Nadia Vann (P83543)
Attorney for Plaintiffs                  Attorney Defendant

Date:  November __, 2022                 Date:  November __, 2022

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

A.B., by and through his Parents and Next Friends, K.B. and R.B., and K.B. and R.B., Individually,

    Plaintiffs,

v

MICHIGAN DEPARTMENT OF EDUCATION,

    Defendant.

No. 2:19-cv-00258-PLM-MV

HON. PAUL L. MALONEY

MAG. MAARTEN VERMAAT

**STIPULATION AND ORDER FOR WITHDRAWAL OF ATTORNEY**

---

Erin H. Diaz (P80388)
Mitchell D. Sickon (P82407)
Kyle Williams (P77227)
Disability Rights Michigan
Attorney for Plaintiffs
4095 Legacy Parkway
Lansing, MI 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org
kwilliams@drmich.org

Justin S. Gilbert (Admitted March 12, 2020)
Gilbert Law, PLC
Attorney for Plaintiffs
100 W. Martin Luther King Blvd., Ste. 501
Chattanooga, TN 37402
(423) 756-8023
justin@schoolandworklaw.com

---

Neil Giovanatti (P82305)
Charles A. Cavanagh (P79171)
Attorney for Defendant
Michigan Department of Attorney General
Health, Education, & Family Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
giovanattin@michigan.gov
cavanaghc2@michigan.gov

    /

3

## ORDER FOR WITHDRAWAL OF ATTORNEY

This matter having come before the Court based on the stipulation of the parties, and the Court being fully advised,

IT IS ORDERED that Nadia Vann, Assistant Attorney General, withdraws her appearance as attorney of record in this matter. Assistant Attorneys General Neil Giovanatti and Charles A. Cavanagh will continue to represent Defendant, Michigan Department of Education.

IT IS SO ORDERED.

Dated: November ___, 2022  _____
                                            HON. PAUL L. MALONEY